Fill in this information to identify the case:

Debtor 1  RUSSELL JOHN ORFE
          aka JOHN LOUIS RUSSELL

Debtor 2  TERRI S ORFE
(Spouse, if filing)

United States Bankruptcy Court for the District of NEVADA

Case number 18-17256-abl

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.        **Court claim no**. (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 1836

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | Description | Date Incurred | | Amount |
|----|-------------|---------------|---|--------|
| 1  | Late Charges | | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3  | Attorneys fees | | (3) | $0.00 |
| 4  | Filing fee and court costs | | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees | 02/15/2019 | (5) | $300.00 |
| 6  | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7  | Property inspection fees | | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9  | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 01/15/2019 | (11) | $350.00 |
| 12 | Other. Specify: Objection to Confirmation | 02/07/2019 | (12) | $500.00 |
| 13 | Other. Specify: 410A Payment History | 02/15/2019 | (13) | $250.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 RUSSELL JOHN ORFE
aka JOHN LOUIS RUSSELL
       Print Name      Middle Name      Last Name

Case number *(if known)* 18-17256-abl

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Cristina DiGiannantonio**
Signature

Date __05/07/2019__

Print     **Cristina DiGiannantonio**
        First Name      Middle Name      Last Name

Title    Bankruptcy Attorney

Company    RAS Crane, LLC

Address    10700 Abbott's Bridge Road, Suite 170
        Number      Street

Duluth, GA 30097
City      State      ZIP Code

Contact Phone    470-321-7112

Email    cdigiannantonio@rascrane.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on _____ May 8, 2019 _____ ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RYAN ALEXANDER
RYAN ALEXANDER, CHTD.
3017 W. CHARLESTON BLVD., STE 58
LAS VEGAS, NV 89102

RICK A. YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101

RUSSELL JOHN ORFE
TERRI S ORFE
1604 REMEMBRANCE HILL ST
LAS VEGAS, NV 89144

        RAS Crane, LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/ Anisha Patel
            Anisha Patel
            Email: apatel@rascrane.com